UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

    Plaintiff,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

    Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**NOTE ON MOTION CALENDAR: DECEMBER 5, 2025.**

Having reviewed the parties' Stipulated Motion to Extend Time to Respond to Complaint, Dkt. # 7, the Court hereby GRANTS the Motion and extends the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) from December 8, 2025 to January 7, 2026.

**IT IS SO ORDERED.**

DATED: December 5, 2025.

John H. Chun
United States District Judge

ORDER GRANTING
STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NUMBER 2:25-CV-01811-JHC - 1