UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

        Plaintiff,

   v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

        Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS**

Having reviewed the parties' Stipulated Motion to Extend Time to Respond to Defendant's Partial Motion to Dismiss, Dkt. # 25, the Court hereby GRANTS the motion and extends the time for Plaintiff to answer, move, or otherwise respond to Defendant's Partial Motion to Dismiss (Dkt. # 21) from March 4, 2026 to March 6, 2026.  The time for Defendant to file a Reply is similarly extended from March 11, 2026 to March 13, 2026.

The Court DIRECTS the Clerk to re-note the Motion to Dismiss at Dkt. # 21 for March 13, 2026.

DATED this 10th day of March, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING
STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS
CASE NUMBER 2:25-CV-01811-JHC - 1