UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

Plaintiff,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME TO SUBMIT STIPULATED ESI AND PROTECTIVE ORDERS**

**NOTE ON MOTION CALENDAR: MARCH 25, 2026.**

Having reviewed the parties' Stipulated Motion to Extend the Time to Submit Stipulated ESI and Protective Orders (the "Motion"), Dkt. # 28, the Court hereby GRANTS the Motion and extends the deadline for the parties to submit the Stipulated ESI and Protective Orders to the Court, as provided in the Joint Status Report (Dkt. 23), from March 25, 2026 to April 1, 2026.

**IT IS SO ORDERED.**

DATED: March 25, 2026.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND
THE TIME TO SUBMIT STIPULATED ESI AND PROTECTIVE ORDERS
CASE NUMBER 2:25-CV-01811-JHC