UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE BRANDT, | CASE NO. 2:25-cv-01811-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE FEDERAL RESERVE BANK OF SAN FRANCISCO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court DIRECTS Defendant to file a response to Plaintiff's Motion for Reconsideration (Dkt. # 36) on or before May 27, 2026.  *See* LCR 7(h)(3).

(2) The Clerk is DIRECTED to re-note the Motion for Reconsideration (Dkt. # 36) for May 27, 2026, and to forward a copy of this Order to all counsel of record.

Dated this 20th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1