UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

          Plaintiff,

   v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

          Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

**NOTE ON MOTION CALENDAR: MAY 22, 2026.**

Having reviewed the parties' Stipulated Motion to Extend Time to Respond to Plaintiff's Motion for Reconsideration, Dkt. # 39, the Court hereby GRANTS the Stipulated Motion to Extend Time to Respond to Plaintiff's Motion for Reconsideration and extends the time for Defendant to respond to Plaintiff's Motion for Reconsideration (Dkt. # 36) from May 27 to May 29, 2026.  The Court DIRECTS the Clerk to re-note the Motion for Reconsideration (Dkt. # 36) for May 29, 2026.

//

//

//

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR RECONSIDERATION
CASE NUMBER 2:25-CV-01811-JHC - 1

DATED: May 22, 2026.

_____

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR RECONSIDERATION
CASE NUMBER 2:25-CV-01811-JHC - 2