UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE BRANDT, | CASE NO. 2:25-cv-01811-JHC |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME TO SUBMIT ESI AND PROTECTIVE ORDERS** |
| THE FEDERAL RESERVE BANK OF SAN FRANCISCO, | |
| Defendant. | **NOTE ON MOTION CALENDAR: JUNE 3, 2026.** |

Having reviewed the parties' Stipulated Motion to Extend the Time to Submit ESI and Protective Orders (the "Motion"), and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(j), 7(d)(1) and 10(g), the Court hereby GRANTS the Motion and extends the deadline, as provided in the Court's May 13, 2026 Order (Dkt. No. 35) for the parties to submit the ordered ESI and Protective Orders to the Court, for seven (7) days from May 27, 2026 to June 3, 2026.

**IT IS SO ORDERED.**

DATED: June 4, 2026

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND
THE TIME TO SUBMIT ESI AND PROTECTIVE ORDERS
CASE NUMBER 2:25-CV-01811-JHC - 1