UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

Plaintiff,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER DENYING PLAINTIFF'S MOTION TO STAY AND ENTERING DEFENDANT'S REQUESTED SCHEDULING ORDER**

THIS MATTER comes before the Court on Plaintiff Katherine Brandt's Motion to Stay. Dkt. # 61. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file and the governing law. Being fully advised, the Court:

(1) DENIES the motion at Dkt. # 61 for the reasons presented by Defendant at Dkt. # 63.

(2) ORDERS that:

  o Plaintiff's deadline to file a second amended complaint is extended by 45 days to August 6, 2026.

  o The parties' deadline to meet and confer and submit to the Court any necessary proposed redactions to information that will be unsealed in connection with Plaintiff's filings at Dkt. No. 38 is extended by 45 days to August 17, 2026.

  o The parties' deadline to submit a trial date, pursuant to Paragraph 4(B)(ii) of the

ORDER DENYING PLAINTIFF'S MOTION TO STAY
AND ENTERING DEFENDANT'S REQUESTED SCHEDULING ORDER
CASE NUMBER 2:25-CV-01811-JHC - 1

parties' Joint Status Report and Discovery Plan (Dkt. No. 23) is extended by 45 days to August 22, 2026.

o   Defendant's deadline to answer, move, or otherwise respond to Plaintiff's operative complaint is extended by 45 days to August 27, 2026.

o   All further discovery remains paused until one week after Defendant answers, moves, or otherwise responds to Plaintiff's operative complaint in accordance with the timeframe set forth above.

o   The deadline to amend pleadings is set for 45 days after Defendant answers, moves, or otherwise responds to Plaintiff's operative complaint.

o   Any deadline in place at the time of this order that is not listed above is hereby similarly extended by 45 days.

(3) DIRECTS the Clerk to strike the Motion at Dkt. # 64 as moot.

IT IS SO ORDERED.

DATED: July 8, 2026.

John H. Chun
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO STAY
AND ENTERING DEFENDANT'S REQUESTED SCHEDULING ORDER
CASE NUMBER 2:25-CV-01811-JHC - 2