UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

*Plaintiff*,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant*.

**CASE NO. 2:25-cv-01811-JHC**

ORDER GRANTING STIPULATED MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND

NOTE ON MOTION CALENDAR: **August 6, 2026**

Having reviewed the parties' Stipulated Motion to Extend the Time for Plaintiff to File a Second Amended Complaint and for Defendant to Respond, Dkt. # 68, the Court hereby GRANTS the Stipulated Motion. The Court:

- Extends the deadline for Plaintiff to file the Second Amended Complaint by seven (7) days from August 6, 2026 to August 13, 2026; and
- Extends the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's operative complaint (either the Second Amended Complaint or the First

Amended Complaint, Dkt. 16, if Plaintiff does not file a second amended complaint) by seven (7) days from August 27, 2026 to September 3, 2026;

**IT IS SO ORDERED**.

DATED: August 7, 2026.

John H. Chun
United States District Judge