UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

*Plaintiff*,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant*.

**CASE NO. 2:25-cv-01811-JHC**

ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES TO SUBMIT A TRIAL DATE AND PAUSE DISCOVERY

NOTE ON MOTION CALENDAR: **August 21, 2026**

Having reviewed the parties' Stipulated Motion to Extend the Deadlines to Submit a Trial Date and Pause Discovery previously set forth in the Court's July 8, 2026 Order (Dkt. No. 66), and, for the deadline for the end of the pause on discovery, further extended due to the Court's August 7, 2026 order (Dkt. No. 69), the Court hereby GRANTS the Stipulated Motion (Dkt. # 74).

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1) and 10(g), the Court:

- Extends the deadline for the parties to submit a trial date, pursuant to Paragraph 4(B)(ii) of the parties' Joint Status Report and Discovery Plan (Dkt. No. 23), from August 22, 2026 to September 10, 2026; and
- Extends the deadline for the end of the pause on discovery from September 10, 2026 to September 17, 2026

**IT IS SO ORDERED**.

DATED: August 24, 2026.

John H. Chun
United States District Judge