UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

Plaintiff,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER ENTERING FRBSF'S REQUESTED SCHEDULING ORDER**

**NOTE ON MOTION CALENDAR: AUGUST 31, 2026**

THIS MATTER came before the Court on Plaintiff Katherine Brandt's Motion to Extend and Defer the Proposed Redaction Submission Requirement (Dkt. No. 73, the "Motion"), and Defendant The Federal Reserve Bank of San Francisco's Response to the Motion and Requesting An Extension of the Proposed Redaction Submission Deadline. Having considered the parties' submissions, the relevant record, and the applicable law, the Court ORDERS as follows:

- Plaintiff's Motion (Dkt. No. 73) is DENIED. The Court affirms its Order at Dkt. # 60 and declines to modify or otherwise alter the requirements for sealing with respect to the exhibits listed in that Order.
- Defendant's Request for an Extension of the Proposed Redaction Submission Deadline is GRANTED.

The Court hereby orders that the parties' deadline to meet and confer and submit to the Court any

necessary proposed redactions to information that will be unsealed in connection with Plaintiff's filings previously submitted at Dkt. No. 38, as set forth in paragraph 5 of the Court's prior order at Dkt. No. 60, is extended to seven (7) days after the Court issues any order on Plaintiff's pending Motion to Seal (Dkt. No. 70). The Court may further modify this order in any decision on Plaintiff's pending Motion to Seal (Dkt. No. 70).

**IT IS SO ORDERED.**

DATED: September 1, 2026.

John H. Chun
United States District Judge