UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

Plaintiff,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

Defendant.

CASE NO. 2:25-cv-01811-JHC

**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SEAL AND ORDERING REDACTIONS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

THIS MATTER comes before the Court on Plaintiff Katherine Brandt's Motion to Seal Plaintiff's Second Amended Complaint and Exhibits. Dkt. # 70. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

1. Plaintiff's Motion to Seal is GRANTED IN PART to the extent it seeks continued sealing of Exhibits 11–14 and 21. Exhibits 11–14 and 21 shall remain sealed.
2. Plaintiff's Motion to Seal is GRANTED IN PART to the extent it continues to direct the unsealing of Exhibits 15–17 and seeks the unsealing of Exhibit 20. Exhibits 15–17 and 20 shall be unsealed, pursuant to the redaction provisions set forth in Paragraph 5 of this Order.
3. Plaintiff's Motion to Seal is DENIED IN PART to the extent it seeks to unseal

Exhibits 1–9. Exhibits 1–9 shall remain sealed.

4. Plaintiff's Motion to Seal is DENIED IN PART to the extent it seeks continued sealing of Exhibits 10, 18 and 19. Exhibits 10, 18, and 19 shall be unsealed, pursuant to the redaction provisions set forth in Paragraph 5 of the Order.

5. The Court DIRECTS the parties to meet and confer and submit to the Court any necessary proposed redactions to Exhibits 10 and 15–20 that will be unsealed in connection with this filing within seven (7) days after entry of this Order. As Defendant has already notified the Court that it does not have any proposed redactions to Exhibits 10 and 15–20, Plaintiff must notify Defendant if she plans to propose any redaction(s) and what those redaction(s) would be, so that Defendant can join, if it so choses, any request. Following such meet and confer, any filing by Plaintiff does not need to be joint, but it should be filed under seal until the Court approves and orders the redactions.

6. The parties will meet and confer and submit to the Court any necessary proposed redactions to any other information the Court may unseal in connection with this filing within seven (7) days after entry of this Order, which submission will be filed under seal until the Court approves and orders the redactions. Any submission does not need to be joint.

7. The Court has reviewed Defendant's proposed redactions to the Second Amended Complaint, which were filed under seal pursuant to the Court's order at Dkt. No. 60, and finds them appropriate. Defendant shall apply the redactions and send Plaintiff the Second Amended Complaint, as well as the redlined version of the Second Amended Complaint, with the redactions applied within three (3) business days after entry of this Order so that she may file the redacted versions of the both documents (without any exhibits) publicly on the docket within four (4) business days after entry of this Order.

**IT IS SO ORDERED.**

DATED: September4, 2026.

John H. Chun
United States District Judge