UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

*Plaintiff*,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant*.

**CASE NO. 2:25-cv-01811-JHC**

ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES TO SUBMIT TRIAL DATE, END DISCOVERY PAUSE, AND SUBMIT PROPOSED REDACTIONS AND REDACTED FILINGS

NOTE ON MOTION CALENDAR: **September 10, 2026**

Having reviewed the parties' Stipulated Motion to Extend the Deadlines to Submit the Trial Date, End the Discovery Pause, and Submit Proposed Redactions and Redacted Filings (Dkt. # 85), the Court hereby GRANTS the Stipulated Motion to extend deadlines.

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1) and 10(g), the Court:

- Extends the deadline set forth in the Court's August 24, 2026 Order (Dkt. No. 75), previously provided in Paragraph 4(B)(ii) of the parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and subsequently extended, for the parties to

submit a Trial Date to the Court by fourteen (14) days, from September 10, 2026 to September 24, 2026.

- Extends the deadline set forth in the Court's August 24, 2026 Order (Dkt. No. 75), previously provided in Paragraph 4(B)(ii) of the parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and subsequently extended, for the end of the pause on Discovery (which has not started) by fourteen (14) days, from September 17, 2026 to October 1, 2026.
- Extends the deadline set forth in the Court's September 1, 2026 Order (Dkt. No. 80), previously provided in Dkt. No. 60 and subsequently extended in Dkt. No. 66, for the parties to meet and confer and submit to the Court redactions to certain sealed filings at Dkt. No. 38 by fourteen (14) days, from September 11, 2026 to September 25, 2026.
- Extends the deadlines set forth in the Court's September 4, 2026 Order (Dkt. No. 83), for the parties to meet and confer and submit redactions to certain sealed Exhibits at Dkt. No. 72 to the Court and for Plaintiff to notify Defendant of proposed redactions to certain sealed exhibits at Dkt. No. 72 by fourteen (14) days, from September 11, 2026 to September 25, 2026.
- Extends the deadline set forth in paragraph 6 of the Court's September 4, 2026 Order (Dkt. No. 83), for the parties to meet and confer and submit to the Court proposed redactions to "any other information" the Court may unseal pursuant to Dkt. No. 83 by fourteen (14) days, from September 11, 2026 to September 25, 2026.
- Extends the deadline set forth in the Court's September 4, 2026 Order (Dkt. No. 83), for Defendant to provide Plaintiff with Defendant's redacted version

of the Second Amended Complaint and Defendant's redacted version of the redlined Second Amended Complaint by seven (7) days, from September 10, 2026 to September 17, 2026.

- Extends the deadline set forth in the Court's September 4, 2026 Order (Dkt. No. 83), for Plaintiff to file Defendant's redacted version of the Second Amended Complaint and Defendant's redacted version of the redlined Second Amended Complaint with the Court by fourteen (14) days, from September 11, 2026 to September 25, 2026.

**IT IS SO ORDERED**.

DATED: September 11, 2026.

John H. Chun
United States District Judge