UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

*Plaintiff*,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant*.

**CASE NO. 2:25-cv-01811-JHC**

ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES TO RESPOND TO THE PARTIAL MOTION TO DISMISS, AMEND PLEADINGS, SUBMIT TRIAL DATE, END DISCOVERY PAUSE, AND SUBMIT PROPOSED REDACTIONS

NOTE ON MOTION CALENDAR:
**September 22, 2026**

Having reviewed the parties' Stipulated Motion to Extend the Deadlines to Respond to the Partial Motion to Dismiss the Second Amended Complaint, Amend Pleadings, Submit a Trial Date, End the Discovery Pause, and Submit Proposed Redactions, Dkt. # 88, the Court hereby GRANTS the Stipulated Motion to extend the deadlines as set forth herein.

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1) 10(g), and to the extent applicable under 16(b), the Court:

- Extends the deadline for Plaintiff to answer, move, or otherwise respond to Defendant's Partial Motion to Dismiss the Second Amended Complaint (Dkt. No. 81) by fourteen (14) days, from September 24 to October 8, 2026.

- Extends the deadline for Defendant to file a Reply by fourteen (14) days, from October 1 to October 15, 2026.
- Extends the deadline, previously provided in Paragraph 4(B)(ii) of the parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on July 8, 2026 (Dkt. No. 66), for the parties to amend pleadings by thirty (30) days, from October 18, 2026 to November 17, 2026.
- Extends the deadline, previously provided in Paragraph 4(B)(ii) of the parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on September 11, 2026 (Dkt. No. 86), for the parties to submit a Trial Date to the Court by thirty-six (36) days, from September 24, 2026 to October 30, 2026.
- Extends the deadline, previously provided in Paragraph 4(B)(ii) of the parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on September 11, 2026 (Dkt. No. 86), for the end of the pause on Discovery (which has not started) by twenty-nine (29) days, from October 1, 2026 to October 30, 2026.
- Extends the deadline, previously provided in Dkt. No. 60 and most recently extended on September 11, 2026 (Dkt. No. 86), for the parties to meet and confer and submit to the Court redactions to certain sealed filings at Dkt. No. 38 by seven (7) days, from September 25, 2026 to October 2, 2026.
- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on September 11, 2026 (Dkt. No. 86), for the parties to meet and confer and submit redactions to certain sealed Exhibits at Dkt. No. 72 to the Court and for Plaintiff to notify Defendant of proposed redactions to certain sealed exhibits at Dkt. No. 72 by seven (7) days, from September 25, 2026 to October 2, 2026.

- Extends the deadline, previously provided in paragraph 6 of Dkt. No. 83 and most recently extended on September 11, 2026 (Dkt. No. 86), for the parties to meet and confer and submit to the Court proposed redactions to "any other information" the Court may unseal pursuant to Dkt. No. 83 by seven (7) days, from September 25, 2026 to October 2, 2026.
- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on September 11, 2026 (Dkt. No. 86), for Plaintiff to file Defendant's redacted version of the Second Amended Complaint and Defendant's redacted version of the redlined Second Amended Complaint with the Court by seven (7) days, from September 25, 2026 to October 2, 2026.

**IT IS SO ORDERED**.

DATED: September 23, 2026

John H. Chun
United States District Judge