UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE BRANDT,<br><br>*Plaintiff*,<br><br>v.<br><br>THE FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>*Defendant*. | **CASE NO. 2:25-cv-01811-JHC**<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES TO RESPOND AND REPLY TO THE PARTIAL MOTION TO DISMISS AND TO SUBMIT PROPOSED REDACTIONS<br><br>NOTE ON MOTION CALENDAR:<br>**October 2, 2026** |

The Court has reviewed Plaintiff Katherine Brandt's ("Plaintiff") and Defendant The Federal Reserve Bank of San Francisco's ("Defendant") (collectively, the "Parties") Stipulated Motion to Extend the Deadlines to Respond and Reply to the Partial Motion to Dismiss the Second Amended Complaint and to Submit Proposed Redactions ("Stipulated Motion"). Dkt. # 90. Noting that the term "Pending Motion Practice" shall be defined as provided in the Parties' Stipulated Motion, the Court hereby GRANTS the Parties' Stipulated Motion to extend the deadlines as set forth herein.

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1) and

10(g), the Court:

- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on September 23, 2026 (Dkt. No. 89), for Plaintiff to answer, move, or otherwise respond to Defendant's Partial Motion to Dismiss the Second Amended Complaint (Dkt. No. 81) by seven (7) days, from October 8, 2026 to October 15, 2026.
- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on September 23, 2026 (Dkt. No. 89), for Defendant to file a Reply by seven (7) days, from October 15, 2026 to October 22, 2026.
- Extends the deadline, previously provided in Dkt. No. 60 and most recently extended on September 23, 2026 (Dkt. No. 89), for the Parties to submit to the Court redactions to certain sealed filings at Dkt. No. 38 until seven (7) days after the Court issues its Order on Pending Motion Practice, which the Parties understand could potentially further modify the orders (including but not limited to, Dkt. Nos. 60 and 83, subsequently extended) and consequently such requirements to which the deadline extension applies.
- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on September 23, 2026 (Dkt. No. 89), for the Parties to submit to the Court redactions to certain sealed Exhibits at Dkt. No. 72 until seven (7) days after the Court issues its Order on Pending Motion Practice, which the Parties understand could potentially further modify the orders (including but not limited to, Dkt. Nos. 60 and 83, subsequently extended) and consequently such requirements to which the deadline extension applies.

- Extends the deadline, previously provided in paragraph 6 of Dkt. No. 83 and most recently extended on September 23, 2026 (Dkt. No. 89), for the Parties to meet and confer and submit to the Court proposed redactions to "any other information" the Court may unseal pursuant to Dkt. No. 83 until seven (7) days after the Court issues its Order on Pending Motion Practice, which the Parties understand could potentially further modify the orders (including but not limited to, Dkt. Nos. 60 and 83, subsequently extended) and consequently such requirements to which the deadline extension applies.
- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on September 23, 2026 (Dkt. No. 89), for Plaintiff to file Defendant's redacted version of the Second Amended Complaint and Defendant's redacted version of the redlined Second Amended Complaint with the Court until seven (7) days after the Court issues its Order on Pending Motion Practice, which the Parties understand could potentially further modify the orders (including but not limited to, Dkt. Nos. 60 and 83, subsequently extended) and consequently such requirements to which the deadline extension applies.

**IT IS SO ORDERED**.

DATED: October 5, 2026.

John H. Chun
United States District Judge