UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE BRANDT,

*Plaintiff*,

v.

THE FEDERAL RESERVE BANK OF SAN FRANCISCO,

*Defendant*.

**CASE NO. 2:25-cv-01811-JHC**

ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES TO RESPOND AND REPLY TO THE PARTIAL MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

NOTE ON MOTION CALENDAR:
**October 15, 2026**

The Court has reviewed Plaintiff Katherine Brandt's ("Plaintiff") and Defendant The Federal Reserve Bank of San Francisco's ("Defendant") (collectively, the "Parties") Stipulated Motion to Extend the Deadlines to Respond and Reply to the Partial Motion to Dismiss the Second Amended Complaint ("Stipulated Motion"). Dkt. # 92. The Court hereby GRANTS the Parties' Stipulated Motion to extend these deadlines as set forth herein.

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1) and 10(g), the Court:

- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on October 5, 2026 (Dkt. No. 91), for Plaintiff to answer, move, or otherwise respond

to Defendant's Partial Motion to Dismiss the Second Amended Complaint (Dkt. No. 81) by four (4) days, from October 15, 2026 to October 19, 2026.

- Extends the deadline, previously provided in Dkt. No. 83 and most recently extended on October 5, 2026 (Dkt. No. 91), for Defendant to file a Reply by four (4) days, from October 22, 2026 to October 26, 2026.

**IT IS SO ORDERED**.

DATED: October 15, 2026.

John H. Chun
United States District Judge