UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE BRANDT,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL RESERVE BANK OF SAN FRANCISCO,<br><br>Defendant. | CASE NO. 2:25-cv-01811-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO SUBMIT A TRIAL DATE, END THE DISCOVERY PAUSE, AND AMEND PLEADINGS, AND EXTEND AND/OR RESET THE DEADLINES TO SUBMIT PROPOSED REDACTIONS** |

The Court has reviewed Plaintiff Katherine Brandt's ("Plaintiff") and Defendant The Federal Reserve Bank of San Francisco's ("Defendant") (collectively, the "Parties") Stipulated Motion to Extend the Deadlines to Submit a Trial Date, End the Discovery Pause, and Amend Pleadings, and Extend and/or Reset the Deadlines to Submit Proposed Redactions. Dkt. # 99. The Court hereby GRANTS the Parties' Stipulated Motion as set forth herein.

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1), and 10(g), and to the extent applicable under 16(b), the Court:

- Extends the deadline, originally provided in Paragraph 4(B)(ii) of the Parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on September 23,

2026 (Dkt. No. 89), for the Parties to submit a Trial Date to the Court by three (3) weeks, from October 30, 2026 to November 20, 2026.

- Extends the deadline, originally provided in Paragraph 4(B)(ii) of the Parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on September 23, 2026 (Dkt. No. 89), for the end of the pause on Discovery by three (3) weeks, from October 30, 2026 to November 20, 2026.
- Extends the deadline, originally provided in Paragraph 4(B)(ii) of the Parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on September 23, 2026 (Dkt. No. 89), for the Parties to Amend Pleadings by three (3) weeks, from November 17, 2026 to December 8, 2026.
- Extends and resets the deadline, originally provided in Dkt. No. 60 and subsequently extended in Dkt. Nos. 89 and 91, for the Parties to submit to the Court redactions to certain sealed filings at Dkt. No. 38 as November 13, 2026.
- Extends and resets the deadline, originally provided in Dkt. No. 83 and subsequently extended in Dkt. Nos. 89 and 91, for the Parties to submit to the Court redactions to certain sealed Exhibits at Dkt. No. 72 as November 13, 2026.
- Extends and resets the deadline, originally provided in paragraph 6 of Dkt. No. 83 and subsequently extended in Dkt. Nos. 89 and 91, for the Parties to meet and confer and submit to the Court proposed redactions to "any other information" the Court may unseal pursuant to Dkt. No. 83 as November 13, 2026.
- Extends and resets the deadline, originally provided in Dkt. No. 83 and subsequently extended in Dkt. Nos. 89 and 91, for Plaintiff to file Defendant's redacted version of the Second Amended Complaint and Defendant's redacted version of the redlined Second Amended Complaint with the Court as November 13, 2026.

**IT IS SO ORDERED.**

DATED: October 30, 2026.

John H. Chun
United States District Judge