UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE BRANDT,<br>Plaintiff,<br>v.<br>THE FEDERAL RESERVE BANK OF SAN FRANCISCO,<br>Defendant. | CASE NO. 2:25-cv-01811-JHC<br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO SUBMIT A TRIAL DATE, END DISCOVERY PAUSE, FILE REDACTED SECOND AMENDED COMPLAINT AND SUBMIT PROPOSED REDACTIONS TO EXHIBITS**<br>**NOTE ON MOTION CALENDAR: NOVEMBER 13, 2026.** |

The Court has reviewed The Federal Reserve Bank of San Francisco's ("Defendant") and Plaintiff Katherine Brandt's ("Plaintiff") (collectively, the "Parties") Stipulated Motion to Submit a Trial Date, End the Discovery Pause, File Redacted Second Amended Complaint, and Submit Proposed Redactions to Exhibits (Dkt. # 104) (the "Stipulated Motion"). In the Stipulated Motion, the Parties requested the Court extend the deadlines for the Parties to submit a Trial Date and for the end of the pause on Discovery by two (2) weeks, from November 20, 2026 to December 4, 2026. The Parties requested the Court extend the deadlines for the Parties to file Defendant's redacted redlined and clean versions of the Second Amended Complaint, submit proposed redactions to certain sealed filings and Exhibits (at Dkt. Nos. 38 and 72), and meet and confer and submit to the Court proposed redactions to "any other information" the Court may unseal pursuant to Dkt. No. 83, to the Court by three (3) weeks, from November 13, 2026 to

December 4, 2026.

The Court hereby GRANTS the Parties' Stipulated Motion to extend the deadlines as set forth herein. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rules 7(j), 7(d)(1), and 10(g), and to the extent applicable under 16(b), the Court:

- Extends the deadline, originally provided in Paragraph 4(B)(ii) of the Parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on October 30, 2026 (Dkt. No. 100), for the Parties to submit a Trial Date to the Court by three (3) weeks, from November 20, 2026 to December 4, 2026.
- Extends the deadline, originally provided in Paragraph 4(B)(ii) of the Parties' Joint Status Report and Discovery Plan (Dkt. No. 23) and most recently extended on October 30, 2026 (Dkt. No. 100), for the end of the pause on Discovery by three (3) weeks, from November 20, 2026 to December 4, 2026.
- Extends the deadline, originally provided in Dkt. No. 60 and subsequently extended in Dkt. Nos. 89, 91 and 100, for the Parties to submit to the Court redactions to certain sealed filings and exhibits at Dkt. No. 38 from November 13, 2026 to December 4, 2026.
- Extends the deadline, originally provided in Dkt. No. 83 and subsequently extended in Dkt. Nos. 89, 91 and 100, for the Parties to submit to the Court redactions to certain sealed Exhibits at Dkt. No. 72 from November 13, 2026 to December 4, 2026.
- Extends the deadline, originally provided in paragraph 6 of Dkt. No. 83 and subsequently extended in Dkt. Nos. 89, 91 and 100, for the Parties to meet and confer and submit to the Court proposed redactions to "any other information" the Court may unseal pursuant to Dkt. No. 83 from November 13, 2026 to December 4, 2026.
- Extends the deadline, originally provided in Dkt. No. 83 and subsequently extended in Dkt. Nos. 89, 91 and 100, for Plaintiff to file Defendant's redacted version of the Second

Amended Complaint and Defendant's redacted version of the redlined Second Amended Complaint with the Court from November 13, 2026 to December 4, 2026.

**IT IS SO ORDERED.**

DATED: November 13, 2026.

John H. Chun
United States District Judge